THOMAS E. DEVITT and Others, Respondents, v. FRED C. SCHOTTIN, JR., etc., and Another, Defendants, and THE HAGLIN COMPANY, INCORPORATED, and WINSTON BROTHERS COMPANY, INCORPORATED, Appellants.— Motion for a reargument

denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is not necessary. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.